UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

       Plaintiff,

    v.                        Case No. 09-cv-529-JPG

LORNA DUNNIGAN,

       Defendant.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I in this case is entered in favor of Plaintiff United States of America and against Defendant Lorna Dunnigan in the amount of $6,957.76 plus interest at the rate of 9.00 percent per annum from January 28, 2009, until the date judgment is entered, plus future costs and interest. Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961 until paid in full.

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count II in this case is entered in favor of Plaintiff United States of America and against Defendant Lorna Dunnigan in the amount of $1,418.04 plus interest at the rate of 8.00 percent per annum from January 28, 2009, until the date judgment is entered, plus court costs in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2), future costs, and interest.  Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961 until paid in full.

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**DATED:**      **April 21, 2010**                    **NANCY ROSENSTENGEL, CLERK**


                                              **s/Brenda K. Lowe,  Deputy Clerk**


**Approved:**      s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**

2